United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ANTHONY GRANADOS,
Plaintiff,

v.

MONTEREY COUNTY JAIL, et al.,
Defendants.

Case No. 25-cv-10604-JD

**ORDER RE DISMISSAL**

This is a civil rights case filed pro se by a former prisoner. The Court dismissed the complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: July 17, 2026

JAMES DONATO
United States District Judge